# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D23-1023
Lower Tribunal No. 20-CA-002095

_____

GINO PERRI,

Appellant,

v.

RONALD A. BEECROFT INC.,

Appellee.

_____

Appeal from the Circuit Court for Lee County.
Joseph C. Fuller, Judge.

June 4, 2024

PER CURIAM.

AFFIRMED.

NARDELLA, WHITE and MIZE, JJ., concur.


Brian J. Lee, of Morgan & Morgan, Jacksonville, for Appellant.

Philip J. Fairman, Steven B. Sundook, of Vernis & Bowling of Southwest Florida, P.A., Fort Myers, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED